IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FRANCIS GRANDINETTI                                          PLAINTIFF

    v.                    No. 06-2052

PRESIDENT GEORGE W. BUSH;
LINDA C. LINGLE, Governor of
the State of Hawaii; CORRECTIONS
CORPORATION OF AMERICA (CCA); UNITED
STATES MARSHAL'S SERVICE; UNITED
STATES DEPARTMENT OF JUSTICE                                 DEFENDANTS

## ORDER

Now on this 14th day of June 2006, there comes on for consideration Plaintiff's Motion and Objections for Relief from Order Dated June 6, 2006 (Doc. 7). On June 6, 2006, this Court adopted the report and recommendation filed herein on May 8, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. No objections to the report and recommendation were filed at that time, however, the Court has considered Plaintiff's Motion for Relief and Objections filed on June 14, 2006 (Doc. 7).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's application to proceed IFP status is DENIED on the grounds that he has more than three strikes under the Prison Litigation Reform Act; Plaintiff's claims are DISMISSED on the grounds that they are frivolous and fail to state claims upon which relief can be granted; and the clerk is directed

to collect the $350 filing fee pursuant to the Prison Litigation Reform Act.

    IT IS SO ORDERED.

    /s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge